| | AUSA: Andrew Picek | Telephone: (313) 226-9100 |
|---|---|---|
| AO 442 (Rev. 11/11) Arrest Warrant | Task Force Officer: Edward Viverette II, ATF | Telephone: (248) 752-7943 |

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Michigan

1119743

| United States of America | | Case: 2:20-mj-30428 |
|---|---|---|
| v. | | Assigned To : Unassigned |
| Kyle Caline Floyd | Case No. | Assign. Date : 10/15/2020 |
| | | Description: RE: SEALED MATTER (EOB) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* __Kyle Caline Floyd__,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C § 922(g)(1)  Felon in Possession of a Firearm

**FILED**
**DEC 29 2020**
CLERK'S OFFICE
DETROIT

Date: __October 15, 2020__

*Issuing officer's signature*

David R. Grand, United States Magistrate Judge

City and state: __Detroit, Michigan__

*Printed name and title*

---

| Return | |
|---|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* __Detroit__ | |
| Date: __11/3/20__ | *Arresting officer's signature* |
| | Edward Viverette TFO |
| | *Printed name and title* |

*Distribution: Original Court – 1copy U.S. Marshal – 2 copies USA*